443 A.2d 385

Commonwealth v. Struble, Appellant.

Argued November 10, 1980. Robert G. Kochems, for appellant; David B. Douds, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.